# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ASHLEY WHITAKER FINCH

NO. 2026 KW 0056

**MAY 8, 2026**

---

In Re: Ashley Whitaker Finch, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2202526.

---

**BEFORE: MILLER, GREENE, AND FIELDS, JJ.**

**WRIT GRANTED.** An individual who is not on probation cannot be subjected to any conditions of probation. La. Code Crim. P. art. 895(A); see also **State v. Hargrave**, 93-628 (La. App. 5th Cir. 1/25/94), 631 So.2d 1208, 1213. Furthermore, there is no evidence that a recent petition for a protective order was filed by the victims nor did they appear and offer any testimony at the motion hearing. See **Bays v. Bays**, 2000-1727 (La. 2/21/01), 779 So.2d 754. Under these circumstances, the district court does not have authority to issue a protective order in this matter. Accordingly, the protective order is vacated and this matter is remanded for further proceedings.

SMM
WEF

**Greene, J.**, dissents. I would issue an interim order for the State to file a response to relator's claims that once relator's probation was terminated, the district court did not have statutory authority to issue and/or extend a protective order in this matter.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT